83,619-01

August 16, 2015

ABAL ACOSTA, CLERK
TEXAS COURT OF CRIMINAL APPEAL
P.O. BOX 12308 Capitol Station
Austin, Texas 78711

In re: Johansson, Sven Trl Crt. No. 10,205/Mandamus No. WR-83,619-01

TO THE HON. ABEL ACOSTA, CLERK

On 7/17/2015 your office issued me a White card Notice that my Writ of Mandamus had been received and filed in regards to Tyler County having NOT forwarded my Writ of Habeas Corpus to the Court of Criminal Appeals within the 35 days required by Law and statute. At this time I am requesting to know the status of my filing as the District Clerk is still refusing to acknowledge my filing of the Double Jeopardy issue they know to be valid. As I **am** illegally restrained of my liberty it is most important that action be taken to force the District Clerk to forward to the Court of Criminal Appeals my Art. 11.07 Writ.

I thank you for your attention to this matter as I know you are busy with the number of filings into your office.

Respectfully submitted,

/s/ Sven Erik Johansson

Sven Erik Johnsson   1465256
C.T. Terrell Unit
1300 FM 655
Rosharon, Texas   77583

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 20 2015
Abel Acosta, Clerk

Dated & documented